## Order for Substitute Service on Ari Weber and Michael Fischer

Jessica Velez <admin@andersondodson.com>
Mon 8/2/2021 6:42 PM

**To:** Avrohom Yankelewitz <yankelewitzlaw@gmail.com>
**Cc:** ayankelewitz@fordham.edu <ayankelewitz@fordham.edu>; Penn Dodson <penn@andersondodson.com>

📎 4 attachments (4 MB)
Michael Fischer Summons.pdf; Ari Weber Summons.pdf; Complaint.pdf; Order for Substitute Service.pdf;

Mr. Yankelewitz,

Please find attached to this email:

1. Order from Judge Brian M. Cogan for Substitute Service on Ari Weber and Michael Fischer.
2. Summons for Ari Weber and Michael Fischer
3. Complaint

Sincerely,

**Jessica Velez, Paralegal**
AndersonDodson, P.C.
11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 Tel
(646) 998-8051 Fax

Disclaimers:
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.

Circular 230 Notice: Unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures should not be used for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

## Service of Complaint and Summons

Jessica Velez <admin@andersondodson.com>
Mon 8/2/2021 6:32 PM

To: ari@brookliv.com <ari@brookliv.com>
Cc: Penn Dodson <penn@andersondodson.com>

📎 3 attachments (3 MB)
Ari Weber Summons.pdf; Complaint.pdf; Order for Substitute Service.pdf;

Ari,

Please find the attached:

1. Order from Judge Brian M. Cogan for Substitute Service
2. Summons
3. Complaint

Sincerely,

**Jessica Velez, Paralegal**
AndersonDodson, P.C.
11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 Tel
(646) 998-8051 Fax

Disclaimers:
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.

Circular 230 Notice: Unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures should not be used for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

## Service of Complaint and Summons

Jessica Velez <admin@andersondodson.com>
Mon 8/2/2021 6:38 PM

**To:** Michael <michael@brookliv.com>
**Cc:** Penn Dodson <penn@andersondodson.com>

📎 3 attachments (3 MB)
Michael Fischer Summons.pdf; Complaint.pdf; Order for Substitute Service.pdf;

Michael,

Please find the attached:

1. Order from Judge Brian M. Cogan for substitute service.
2. Complaint
3. Summons

Sincerely,

**Jessica Velez, Paralegal**
AndersonDodson, P.C.
11 Broadway, Suite 615
New York, NY  10004
(212) 961-7639 Tel
(646) 998-8051 Fax

Disclaimers:
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.

Circular 230 Notice: Unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures should not be used for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.